OP[ICONAL]

FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0278

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0278

DEANNA H. McATEE,

Plaintiff, Appellant, and Cross-Appellee,

v.

MORRISON AND FRAMPTON, PLLP,

Defendant, Appellee, and Cross-Appellant.

ORDER

FILED

MAR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This matter comes before the Court on an appeal of Deanna H. McAtee and cross-appeal of Morrison and Frampton, PLLP (M&F) from orders of the Eleventh Judicial District, Flathead County.

In 2011, M&F filed a complaint against McAtee on behalf of its client, Whitefish Credit Union (WCU), for alleged fraud based on McAtee's conduct while brokering certain loans with WCU. M&F also reported the fraud allegations to federal law enforcement authorities which resulted in criminal charges against McAtee. Both the criminal charges and civil fraud claims were ultimately dismissed. Prior to resolution of the claims, McAtee filed for bankruptcy and received a discharge from the bankruptcy court.

In January 2014, McAtee filed this lawsuit as a separate action against M&F, alleging malicious prosecution, abuse of process, and constructive fraud based on M&F's involvement in the proceedings against her. M&F moved for summary judgment, asserting that McAtee was judicially estopped from pursuing her claims against M&F because she failed to disclose those claims as assets in her personal bankruptcy. M&F also argued it was immune from the malicious prosecution claim based on federal law; that McAtee lacked standing to pursue her abuse of process claim; that McAtee's abuse of process and constructive fraud claims were time-barred under the applicable statute of limitations; and

that McAtee failed to allege facts in her complaint establishing all elements of constructive fraud.

In orders issued on May 15, 2018 and January 31, 2019, the District Court denied M&F's motion for summary judgment based on its argument that McAtee was judicially estopped from pursuing her claims because they were not disclosed in her personal bankruptcy; however, the District Court granted M&F summary judgment on each of McAtee's claims on other grounds.

McAtee appealed the District Court's order granting summary judgment to M&F. M&F cross-appealed the District Court's order denying its motion for summary judgment based on judicial estoppel. After briefing was completed, we issued our Opinion in *Kucera v. City of Billings*, in which we addressed the circumstances when a plaintiff may be judicially estopped from pursuing claims because the claims were not disclosed in bankruptcy. 2020 MT 34, 399 Mont. 10, ____ P.3d ____. Because the judicial estoppel issue in McAtee and M&F's case is potentially dispositive, we remand to the District Court for further proceedings in light of our Opinion in *Kucera*.

IT IS THEREFORE ORDERED that McAtee's appeal and M&F's cross-appeal are DISMISSED WITHOUT PREJUDICE and REMANDED to the Eleventh Judicial District, Flathead County, for further proceedings consistent with this Order.

IT IS FURTHER ORDERED that the Clerk of this Court shall give immediate notice of this Order to all counsel of record and to the Hon. Dan Wilson. The Clerk shall return the District Court Record to the Clerk of the District Court.

DATED this _10_ day of March, 2020.

_____

_____
Justices